JILL ROSA ET AL. *v.* DWORKIN CHEVROLET, INC., ET AL.
(12013)

O'CONNELL, HEIMAN and FREEDMAN, Js.
Argued June 9—decision released June 29, 1993

*Paul J. Yamin,* for the appellant (named plaintiff).

*Joan Keating-McKeon,* with whom, on the brief, was *Leslie S. Anavim,* for the appellee (named defendant).

PER CURIAM. The judgment is affirmed.